CLERK'S OFFICE U.S DIST COURT
AT ABINGDON, VA
FILED
SEP 08 2008
JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

| | |
|---|---|
| PAULA S. OSBORNE, | Case No. 2:07CV00070 |
| Plaintiff, | **FINAL JUDGMENT** |
| v. | By: James P. Jones |
| COMMISSIONER OF SOCIALSECURITY, | Chief United States District Judge |
| Defendant. | |

Based upon the court's de novo review of those portions of the magistrate judge's report and recommendations to which the plaintiff objected, it is **ADJUDGED AND ORDERED** as follows:

1. The plaintiff's objections are overruled;

2. The magistrate judge's report and recommendations are accepted;

3. The motion for summary judgment by the Commissioner of Social Security ("Commissioner") is granted;

4. The final decision of the Commissioner is **affirmed**; and

5. The clerk is directed to close the case.

ENTER: September 8, 2008

/s/ James P. Jones
Chief United States District Judge